Markez J. GARRISON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 298, 2015

Supreme Court of Delaware.

Submitted: October 1, 2015

Decided: December 11, 2015

Court Below: Superior Court of the State of Delaware in and for Sussex County, Cr. ID Nos. 1401008669.

AFFIRMED.

Mark F. COURTNEY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 258, 2015

Supreme Court of Delaware.

Submitted: October 20, 2015

Decided: December 14, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 0812017319.

AFFIRMED.

Ronaldo. WILLIAMS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 434, 2015

Supreme Court of Delaware.

Submitted: October 27, 2015

Decided: December 14, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID Nos. 1203017926 and 1205011732.

AFFIRMED.

Theodore THOMPSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 47, 2015

Supreme Court of Delaware.

Submitted: December 9, 2015

Decided: December 14, 2015

Court Below: Superior Court of the State of Delaware in and for Sussex County, Cr. ID No. 1407001729.

AFFIRMED.